UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

               -against-                                   22 cr 394 (JGK)

KEVIN LEROY BARNER,                             **ORDER**
                       Defendant.
-------------------------------------------------------------X

        Upon release from imprisonment, the Bureau of Prisons and United States Marshal shall release the defendant to the Probation Department at 500 Pearl Street; New York, New York 10007.

**SO ORDERED.**

                                                        **JOHN G. KOELTL**
                                               **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 21, 2022